**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GREG L. JOHNSON, SB# 132397
  E-Mail: Greg.Johnson@lewisbrisbois.com
TIMOTHY J. NALLY, SB# 288728
  E-Mail: Timothy.Nally@lewisbrisbois.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant BP VENTURE MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD WUEST, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>   vs.<br><br>BP VENTURE MANAGEMENT, INC., and DOES 1 through 10 inclusive,<br><br>        Defendants.<br><br>BP VENTURE MANAGEMENT, INC.,<br><br>        Third-Party Plaintiff,<br><br>   vs.<br><br>CUSTOMER REGISTER SOLUTIONS, L.C.,<br><br>        Third-Party Defendant. | CASE NO. 2:13-cv-01668-TLN-CKD<br><br>**ORDER TO CONTINUE DEADLINE TO COMPLETE RULE 26(f) CONFERENCE AND JOINT STATUS REPORT**<br><br>Trial Date:     None Set |

ORDER TO CONTINUE DEADLINE TO COMPLETE RULE 26(f) CONFERENCE AND JOINT STATUS REPORT

Having read the stipulation of the Parties, submitted by the parties or its counsel of record, and finding good cause therefor,

THE COURT HEREBY ORDERS AND DECREES that the deadline for filing the joint status report be continued until October 25, 2013.

IT IS SO ORDERED.

Dated: October 10, 2013

                Troy L. Nunley
                United States District Judge

ORDER TO CONTINUE DEADLINE TO COMPLETE RULE 26(f) CONFERENCE AND JOINT STATUS REPORT