**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GREG L. JOHNSON, SB# 132397
  E-Mail: Greg.Johnson@lewisbrisbois.com
TIMOTHY J. NALLY, SB# 288728
  E-Mail: Timothy.Nally@lewisbrisbois.com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant BP VENTURE MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RICHARD WUEST, individually and on behalf of a class of similarly situated individuals,<br><br>              Plaintiffs,<br><br>     vs.<br><br>BP VENTURE MANAGEMENT, INC., and DOES 1 through 10 inclusive,<br><br>              Defendants.<br><br>BP VENTURE MANAGEMENT, INC.,<br><br>              Third-Party Plaintiff,<br><br>     vs.<br><br>CUSTOMER REGISTER SOLUTIONS, L.C.,<br><br>              Third-Party Defendant. | CASE NO. 2:13-cv-01668-TLN-CKD<br><br>**ORDER TO CONTINUE DEADLINE TO COMPLETE RULE 26(f) CONFERENCE AND JOINT STATUS REPORT**<br><br>Trial Date:      None Set |

1  Having read the stipulation of the Parties, submitted by the parties or its counsel of record,
2  and finding good cause therefor,
3  THE COURT HEREBY ORDERS AND DECREES that the deadline for filing the joint
4  status report be continued until October 25, 2013.
5  IT IS SO ORDERED.

Dated: October 10, 2013

Troy L. Nunley
United States District Judge

ORDER TO CONTINUE DEADLINE TO COMPLETE RULE 26(f) CONFERENCE AND JOINT STATUS REPORT