ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
KATHLEEN R. SCANLAN (SBN 197529)
kscanlan@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California 94103
Telephone: (415) 543-1305
Facsimile:  (415) 543-7861

STEVEN L. MILLER (SBN 106023)
stevenlmillerlaw@gmail.com
**STEVEN L. MILLER,**
  **A PROFESSIONAL LAW CORP.**
2945 Townsgate Road, Suite 200
Westlake Village, California 91361
Telephone: (818) 986-8900
Facsimile:  (866) 581-2907

Attorneys for Plaintiff
RICHARD WUEST

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD WUEST, individually and on behalf of a class of similarly situated individuals,<br><br>             Plaintiffs,<br><br>     v.<br><br>BP VENTURE MANAGEMENT, INC., and DOES 1 through 10 inclusive,<br><br>             Defendants. | Case No: 2:13-cv-01668-TLN-CKD<br><br>CLASS ACTION<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER**<br><br>FRCP Rule 41(a)(1)(A)(ii)<br><br><br>State Action Filed: May 28, 2013<br>Notice of Removal: August 12, 2013<br>Third Party Complaint Filed: August 23, 2013 |
| BP VENTURE MANAGEMENT, INC.,<br><br>             Third-Party Plaintiff,<br>     v.<br>CUSTOM REGISTER SOLUTIONS, L.C.,<br>             Third-Party Defendant. | |

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Richard Wuest
2 ("Plaintiff") and Defendant BP Venture Management, Inc. ("Defendant"), by and through their
3 respective undersigned counsel, hereby submit this Joint Stipulation of Dismissal and [Proposed]
4 Order, and stipulate and agree as follows:

5    WHEREAS, Plaintiff has agree to dismiss this entire civil lawsuit, with prejudice as to his
6 individual claims and without prejudice as to the alleged putative class action claims.

7    WHEREAS Defendant has agreed to dismiss with prejudice its third-party complaint
8 against Custom Register Solutions, LLC, effective upon entry of the Court's order dismissing this
9 action.

10    WHEREAS, Plaintiff has not moved for class certification, and a class has not been
11 certified by the Court.  The Parties' stipulated dismissal of this action does not resolve the claims,
12 issues, or defenses of any putative or certified class.  Under Rule 23(e) of the Federal Rules of
13 Civil Procedure, where a class has not been certified, Court approval is not required for dismissal.
14 Fed. R. Civ. P. 23(e) (court approval only required for dismissal of "the claims, issues, or defenses
15 of a *certified* class") (emphasis added); *see also Advisory Committee Notes on 2003 Amendments*
16 *to Rule 23, Subdivision (e), Paragraph (1)* ("The new rule requires [court] approval only if the
17 claims, issues or defenses of a *certified* class are resolved by . . . voluntary dismissal.") (emphasis
18 added).

19    WHEREAS, the Parties are not aware of any member of the alleged putative class who, in
20 reliance upon this action or otherwise, has refrained from bringing a claim identical or similar to
21 any of the claims in this action or who might be prejudiced by dismissal of this action by the
22 Court.

23    For the reasons set forth above and pursuant to the Federal Rules of Civil Procedure,
24 Rule 41(a)(1)(A)(ii), the Parties hereby jointly Stipulate to the dismissal with prejudice of
25 Plaintiff's individual claims, dismissal with prejudice of Defendant's third-party complaint against
26 Custom Register Solutions, LLC, and the dismissal without prejudice of the alleged class action
27 claims and request that the Court terminate all proceedings in this action.

28

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax 415.543.7861

Except as to any agreements between the Parties, each Party shall bear his/its own costs and fees associated with this action and the dismissal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: August 21, 2014    **KELLER GROVER LLP**

By: /s/ *Eric A. Grover*
ERIC A. GROVER
*Counsel for Plaintiff*
RICHARD WUEST

Dated: August 21, 2014    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ *Greg L. Johnson*
GREG L. JOHNSON
*Attorneys for Defendant*
BP VENTURE MANAGEMENT, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 25, 2014

Troy L. Nunley
United States District Judge